Eric V. SHELBY, Petitioner–Appellant,

v.

Jean HILL, Respondent–Appellee.

No. 05–35898.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 5, 2007.*

Filed Feb. 22, 2007.

Anthony David Bornstein, Esq., Federal Public Defender's Office, Portland, OR, for Petitioner–Appellant.

Steven R. Powers, Esq., Office of the Oregon Attorney General, Salem, OR, for Respondent–Appellee.

Before: D.W. NELSON, KLEINFELD, and BYBEE, Circuit Judges.

MEMORANDUM **

The Oregon Department of Corrections properly applied the regulations in force at the time of Shelby's in-prison misconduct that limited the restoration of Shelby's good time credits.[1]  The regulation was in

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

force before the misconduct, so there was no ex post facto violation.

AFFIRMED.

1. *See Hunter v. Ayers,* 336 F.3d 1007, 1011–12 (9th Cir.2003).

